# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

UBANNYS DEL CARMEN JIMENEZ
VILLAVICENCIO #A244-734-869

CASE NO.  1:26-CV-02163 SEC P

VERSUS

JUDGE TERRY A. DOUGHTY

CENTRAL LOUISIANA I C E
PROCESSING CENTER ET AL

MAGISTRATE JUDGE PEREZ-
MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 4], noting no written and filed objections thereto, and, after a review of the record and concurring with the Magistrate Judge,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner, Ubannys Del Carmen Jimenez Villavicencio's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITHOUT PREJUDICE** for failure to state a claim for relief.

MONROE, LOUISIANA, this 29th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE